No. 41549.—Protest 960904–G of Cambosco Scientific Co. (Boston).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

BEFORE THE THIRD DIVISION, JUNE 6, 1939

No. 41550.—Protest 967548–G of Otto A. C. Hagen Corp. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

No. 41551.—Protest 981672–G of Arthur Serra & Co. (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiffs when the case was called for trial. On the record presented the protest was overruled.

No. 41552.—Protest 676447–G of Moscahlades Bros., Inc. (New York).

Opinion by KEEFE, J. The protest was sustained in accordance with stipulation of counsel. *Locatelli* v. *United States* (T. D. 49389) and Abstract 39667 followed.

No. 41553.—Protests 891345–G (A), etc., of John Alban & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 7, 1939

No. 41554.—Petition 5652–R of Universal Foreign Service Co. (Los Angeles).

Opinion by McCLELLAND, P. J. On the record presented it was found that the entry was made without any intention to defraud the revenue or to deceive the appraiser. The petition was therefore granted.